IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EBONY HAYS, et al., | * | |
| Plaintiffs, | * | |
| v. | * | CIVIL NO. JKB-24-3306 |
| LRW TRAFFIC SYSTEMS LLC, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Plaintiffs filed suit against Defendants LRW Traffic Systems, LLC and Robert Scott-Coples (the "LRW Defendants"), Stella May Contracting, Inc. ("SMC"), and B. Frank Joy, LLC. ("BFJ"). The Court issues this Memorandum and Order to clarify the status of this case and the various pending Motions.

On December 11, 2024, Plaintiffs filed a Motion for Preliminary Injunction against the LRW Defendants. (ECF No. 15.) On December 12, Plaintiffs filed a Motion for Conditional Certification of FLSA Collective Action. (ECF No. 17.)

On December 19, the LRW Defendants and Plaintiffs filed a Consent Motion for Scheduling Extensions of Time, in which the parties jointly moved for an extension of time for the LRW Defendants to answer the Amended Complaint, and to file responses to the Motion for Preliminary Injunction and the Motion for Conditional Certification of FLSA Collective Action. (ECF No. 24.) The Court granted the request, and the LRW Defendants' deadlines were extended to January 13, 2025 for responding to the two Motions and January 17, 2025 for answering the

Amended Complaint. (ECF No. 25.)[1] Thereafter, on January 10, the LRW Defendants and the Plaintiffs filed a Joint Motion seeking that the Court deny the Motion for Preliminary Injunction as moot, given that Plaintiffs plan to file an amended motion. (ECF No. 36.) The Joint Motion will be granted, and the Court will deny the Motion for Preliminary Injunction (ECF No. 15) as moot. Further, the LRW Defendants and Plaintiffs filed a Consent Motion for Additional Time to Respond to Motion for Conditional Certification. (ECF No. 37.) The LRW Defendants seek up to and including January 31, 2025 to respond to the Motion for Conditional Certification. (*Id.*) The Motion will be granted.

On December 23, SMC filed a Motion to Dismiss. (ECF No. 26.) The Parties then docketed a Consent Motion for Extension of Time, seeking that the Plaintiffs' deadline to file a response to the Motion to Dismiss be extended to January 13, 2025. (ECF No. 28.) The Court granted this request. (ECF No. 32.)

On January 8, BFJ and Plaintiffs filed a Consent Motion for Extension of Time to respond to the Amended Complaint. (ECF No. 35.) The Court will grant the Motion, and BFJ's response to the Amended Complaint will be due on January 22, 2025.

Thus, as the case currently stands, the Court expects that the LRW Defendants will file an answer or otherwise respond to the Amended Complaint by January 17, 2025, and that BFJ will file an answer or otherwise respond to the Amended Complaint by January 22, 2025. As already noted, SMC has filed a Motion to Dismiss. The Motion for Conditional Certification of FLSA Collective Action (ECF No. 17) is not yet ripe, as a response is due—with the extension the Court is granting today—from the LRW Defendants by January 31, 2025. The Motion to Dismiss filed

---

[1] Before filing this consent Motion, the LRW Defendants filed an opposed Motion for Extension of Time, seeking an extension to answer or otherwise respond to the Amended Complaint. (ECF No. 20.) Given the intervening events, this previously-filed Motion will be denied as moot.

by SMC is not yet ripe, as Plaintiffs filed their response in opposition on January 10, 2025, and the Court awaits SMC's reply.

Accordingly, it is ORDERED that:

1. The LRW Defendants' Motion for Extension of Time (ECF No. 20) is DENIED AS MOOT;

2. BFJ's Motion for Extension of Time (ECF No. 35) is GRANTED;

3. The Joint Motion Regarding Plaintiffs' Motion for Preliminary Injunction (ECF No. 36) is GRANTED and the Motion for Preliminary Injunction (ECF No. 15) is DENIED AS MOOT; and

4. The Consent Motion for Additional Time to Respond to Motion for Conditional Certification (ECF No. 37) is GRANTED and the LRW Defendants' response in opposition to the Motion for Conditional Certification must be filed on or before January 31, 2025.

DATED this 13 day of January, 2025.

BY THE COURT:

_____
James K. Bredar
United States District Judge