IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **EBONY HAYS, et al.**, individually and on behalf of themselves and others similarly situated,<br><br>                     Plaintiffs,<br><br>v.<br><br>**LRW TRAFFIC SYSTEMS LLC, et al.**,<br><br>                     Defendants. | Case No. 1:24-cv-03306-JKB |

**JOINT STATUS REPORT**

On March 3, 2025, the Court stayed the proceedings pending mediation and ordered the Parties to provide a joint status report by May 20, 2025. (ECF No. 73).

On May 13, 2025, the Parties participated in a mediation conducted by the Hon. William Connelly (ret.). The Parties were able to reach agreement on terms to settle this dispute. On or before June 12, 2025, the Parties will file with the Court a motion to approve their settlement and a motion to certify a collective action in connection with the settlement.

\\

\\

Dated May 20, 2025

/s/ Mark Hanna
Mark Hanna (16031)
mhanna@murphypllc.com
Arlus J. Stephens (16036)
astephens@murphypllc.com
Jennifer Vail (31433)
jvail@murphypllc.com
Samantha Sloane (31425)
ssloane@murphypllc.com
Murphy Anderson PLLC
1401 K Street NW, Suite 300
Washington, DC 20005
Phone: (202) 223-2620

Sam Williamson (20990)
williamsons@publicjustice.org
Public Justice Center
201 North Charles Street, Suite 1200
Baltimore, MD 21201
Phone: (410) 625-9409

Attorneys for Plaintiffs

Respectfully submitted,

/s/ Zachary Busey
Zachary Busey (Admitted pro hac vice)
zbusey@bakerdonelson.com
Baker, Donelson, Bearman, Caldwell &
Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000

Jennifer L. Curry (29038)
jcurry@bakerdonelson.com
Zachary Erwin (29045)
zerwin@bakerdonelson.com
Baker, Donelson, Bearman, Caldwell &
Berkowitz, P.C.
100 Light Street, 19th Floor
Baltimore, MD 21202
Phone: (410) 862-1183

Attorneys for Defendants LRW Traffic
Systems LLC & Robert Scott-Coples

/s/ Jeremy Friedberg
Jeremy S. Friedberg (10638)
jeremy@friedberg.legal
William Fuller Moss (20966)
william.moss@friedberg.legal
Friedberg PC
10045 Red Run Boulevard, Suite 160
Baltimore, MD 21117
Phone: (410) 581-7400

Attorneys for Defendant Stella May
Contracting, Inc.

/s/ Steven Kaplan
Steven E. Kaplan (16531)
skaplan@littler.com
Littler Mendelson P.C.
815 Connecticut Avenue NW, Suite 400
Washington, DC 20006
Phone: (202) 842-3400

Attorney for Defendant B. Frank Joy, LLC